# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN VALDEZ, <br><br> Defendant. | Case No. 1:15-cr-00211-DAD-BAM <br><br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on July 12, 2021 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: __**July 12, 2021**__  _____
UNITED STATES DISTRICT JUDGE

1