1  ADILENE FLORES ESTRADA
   Law Office of Adilene Flores Estrada
2  2014 Tulare Street, Suite 210
   Fresno, CA 93721
3  Telephone:  (209)843-0090
   adilene@adilenefloreslaw.com
4

5  Attorney for Defendant
   RUBEN VALDEZ Jr.
6

7                     IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,           CASE NO.  1:15-CR-00211-DAD-BAM
10
                        Plaintiff,     JOINT STIPULATION FOR CONTINUANCE;
11                                     AND ORDER
              v.
12
   RUBEN VALDEZ JR,
13
                        Defendant.
14

15
                                **BACKGROUND**
16
       This case is set for a Status Conference Re Petition to Modify Conditions or Term of Supervision
17
   set for October 24, 2022 at 2:00pm before Honorable Magistrate Judge Barbara A. McAuliffe.
18
                                **REQUEST**
19
       Defendant, by and through its counsel of record, after consulting the continuance with US
20
   Attorney, Jessica A. Massey and finding no opposition to a continuance respectfully requests this court
21
   the following:
22
       1.      By previous order, this matter was set for Status Conference Re Petition to Modify
23
   Conditions or Term of Supervision for October 24, 2022 at 2:00pm before honorable Magistrate Judge
24
   Barbara A. McAuliffe.
25
       2.      By this request, the parties now move to continue the case and set a Status Conference Re
26
   Petition to Modify Conditions or Term of Supervision on the Duty Calendar to December 8, 2022 at
27
   2:00 p.m.
28
       3.      The parties requests that the Court find the following:

   JOINT REQUEST TO CONTINUE HEARING            1

      a)    Counsel for defendant desires additional time to review discovery, conduct investigation and research related allegations, conduct research into any mitigating factors, consult with her client, discuss a potential plea with the government, and to otherwise prepare for trial. Counsel is also waiting on mental health documents.

      b)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

      c)    The government joins in the request to continue the matter to the duty calendar on December 8, 2022 at 2:00 pm

Dated:  October 21, 2022

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
RUBEN VALDEZ Jr

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
United States Attorney's Office
Assistant US Attorney

JOINT REQUEST TO CONTINUE HEARING      2

### **ORDER**

IT IS SO ORDERED that the status conference is continued from October 24, 2022, to **December 8, 2022, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:   **October 23, 2022**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE