ADILENE FLORES ESTRADA
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA 93721
Telephone: (209)843-0090
adilene@adilenefloreslaw.com

Attorney for Defendant
RUBEN VALDEZ Jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>RUBEN VALDEZ JR,<br><br>           Defendant. | CASE NO.  1:15-CR-00211-ADA-BAM<br><br>**JOINT STIPULATION FOR CONTINUANCE; FINDINGS AND ORDER** |

**BACKGROUND**

This case is set for a Sentencing Hearing Re Petition to Modify Conditions or Term of Supervision set for March 27, 2023 at 8:30 am before Honorable Judge Ana de Alba.

**REQUEST**

Defendant, by and through its counsel of record, after consulting the continuance with Assistant US Attorney, Jessica A. Massey and finding no opposition to a continuance respectfully requests this court the following:

1. By previous order, this matter was set for Sentencing Hearing Re Petition to Modify Conditions or Term of Supervision for March 27, 2023 at 8:30am before Honorable Judge Ana de Alba.

2. By this request, the parties now move to continue the case and set a Sentencing Hearing Re Petition to Modify Conditions or Term of Supervision.

3. The parties request that the Court find the following:

   a) Counsel for defendant and Government wish to continue the sentencing hearing currently scheduled for March 27, 2023 at 8:30am before Honorable Judge Ana de Alba to April

10, 2023 at 8:30am.

    b)    The defendant has been detained since the time of his arrest on the current violation petition.

    c)    On the proposed new date of April 10, 2023, counsel believe the defendant will have been held for approximately eight months.

    d)    Probation and the government are recommending a sentence of eight months in custody. The defendant will request that the Court sentence the defendant to a term of imprisonment of "time served."

    e)    The parties request the Court allow a continuance until April 10, 2023, in the hopes that the defendant will not serve more than the recommended eight months in custody for his supervised release violations due to any potential processing delays or limitations by the U.S. Marshals and/or Bureau of Prisons.

    f)    The government joins in the request to continue the matter to April 10, 2023 at 8:30 am.

Dated: March 21, 2023

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
RUBEN VALDEZ Jr

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
United States Attorney's Office
Assistant US Attorney

**ORDER**

The Court continues defendant's Sentencing Hearing Re Petition to Modify Conditions or Term of Supervision to April 10, 2023 and at that time will determine the appropriate sentence after reviewing all evidence presented by probation and the parties.

IT IS SO ORDERED.

Dated: __March 22, 2023__      _____
                               UNITED STATES DISTRICT JUDGE