PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4048
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00211-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE:** ~~PROPOSED~~ **ORDER** |
| vs. | |
| RUBEN VALDEZ, | Date: August 29, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. Christopher D. Baker |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Katrina Brownson, Assistant United States Attorney, counsel for plaintiff, and Timothy Hennessy, counsel for defendant Ruben Valdez, that the status conference scheduled for August 30, 2023, may be continued to September 14, 2023.

Dated: August 28, 2023                            PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ Katrina Brownson
                                                  KATRINA BROWNSON
                                                  Assistant United States Attorney


Dated: August 28, 2023                            /s/ Timothy Hennessy
                                                  TIMOTHY HENNESSY
                                                  Counsel for Defendant
                                                  Ruben Valdez

## **ORDER**

IT IS SO ORDERED that the status conference is continued from August 29, 2023 to September 14, 2023 at 2:30 pm.

IT IS SO ORDERED.

Dated: __**August 28, 2023**__                    _____
UNITED STATES MAGISTRATE JUDGE