PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00211-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; [~~PROPOSED~~] ORDER |
| v. | DATE: September 14, 2023 |
| RUBEN VALDEZ JR., | TIME: 2:30 p.m. |
| Defendant. | COURT: Hon. Christopher D. Baker |

**STIPULATION**

United States of America and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 14, 2023.

2. By this stipulation, the parties now move to continue the status conference until September 28, 2023, at 2:30 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties request a continuance to September 28, 2023, because the defendant tested positive for COVID on September 14, 2023, prior to his transport to court for the scheduled status conference.

    b) This requested continuance will allow time for the defendant to recover and be present in court on September 28, 2023.

c) On September 28, 2023, the parties anticipate the defendant will enter an admission to the charge contained in the Petition.

IT IS SO STIPULATED.

Dated:  September 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  September 14, 2023

/s/ TIMOTHY PATRICK HENESSY
TIMOTHY PATRICK HENNESSY
Counsel for Defendant
RUBEN VALDEZ JR.

## [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the status conference is continued to September 28, 2023, at 2:30 p.m.

IT IS SO ORDERED.

Dated:  **September 14, 2023**

UNITED STATES MAGISTRATE JUDGE