PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4048
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN VALDEZ,<br><br>Defendant. | Case No. 1:15-CR-00211-ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING: ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Katrina Brownson, Assistant United States Attorney, counsel for plaintiff, and Timothy Patrick Hennessy, counsel for defendant Ruben Valdez, that the sentencing date scheduled for November 13, 2023, may be continued to December 18, 2023.  This continuance is requested to accommodate counsel and the US Probation Officer's schedule.

Dated: October 18, 2023   PHILLIP A. TALBERT
United States Attorney

/s/ *Katrina Brownson*
KATRINA BROWNSON
Assistant United States Attorney

Dated: October 18, 2023   /s/ Timothy Patrick Hennessy
TIMOTHY PATRICK HENNESSY
Counsel for Defendant

**ORDER**

IT IS SO ORDERED that the sentencing date is continued from November 13, 2023 to Decmber 18, 2023.

IT IS SO ORDERED.

Dated:   October 18, 2023

UNITED STATES DISTRICT JUDGE