1 **HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
2 1217 L Street
Bakersfield, CA 93301
3 Tel: (661) 237-7179
Fax: (661) 742-1898
4 Email: tph@hennessyatlaw.com
Attorney for RUBEN VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-cr-00211-DAD-BAM-2 |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |
| RUBEN VALDEZ, | |
| Defendant. | |

On July 30, 2015, RUBEN VALDEZ was indicted on federal charges. TIMOTHY HENNESSY was appointed as counsel to represent Mr. Valdez on 1:15-cr-00211-DAD-BAM-2 in his probation violation. Mr. Valdez resolved his violation on December 18, 2023. Having completed his representation of Mr. Valdez, Mr. Hennessy now moves to terminate his appointment under the Criminal Justice Act. Should Mr. Valdez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 1/16/2024

Respectfully submitted,

/s/ *Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Ruben Valdez

# ORDER

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ruben Valdez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Ruben Valdez
72789-097
Central Valley Modified Community Correctional Facility
245 Taylor Ave
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **January 16, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE