Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: (209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for RUBEN VALDEZ JR.

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RUBEN VALDEZ JR.<br><br>               Defendant. | Case No.:   1:15-CR-000211-DAD-BAM-2<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ADILENE FLORES ESTRADA AS ATTORNEY OF RECORD AND ORDER** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

On July 30, 2015, Defendant, Ruben Valdez Jr. was indicted on federal charges. CJA Panel Attorney Adilene Flores Estrada was appointed as trial counsel to represent Mr. Valdez. Mr. Ruben was sentenced Pursuant to a plea agreement on April 5, 2023. The 14 days to file a notice of direct appeal have passed. No direct appeal was filed. Mr. Valdez was in custody at sentencing. Having completed his representation of Mr. Valdez Jr, CJA attorney Adilene Flores Estrada, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Valdez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 06/03/2025                                      Respectfully submitted,

/s/ Adilene Flores Estrada___
ADILENE FLORES ESTRADA
Attorney for Defendant
RUBEN VALDEZ JR.

## ORDER

Having reviewed the notice and found that attorney Adilene Flores Estrada has completed the services for which she was appointed, the Court hereby grants attorney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ruben Valdez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Ruben Valdez Jr.

72789-097

Central Valley Modified Community Correctional Facility

245 Taylor Ave

McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **June 8, 2025**                                   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE